AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

DAMIEN P. SUCHMA

**WARRANT FOR ARREST**

CASE NUMBER: 04-10129-RCL

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____DAMIEN P. SUCHMA_____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
conspiracy to distribute marijuana and oxycodone and conspiracy to import oxycodone

in violation of Title _____ United States Code, Section(s) 846 and 963

She_____                              Operations Supervisor
Name of Issuing Officer                  Title of Issuing Officer

_____                                  4-22-04    Boston, MA
Signature of Issuing Officer             Date and Location

Bail fixed at $ _____ by _____
                                Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at USMS, Orlando, FL BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 5/13/04 | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.