

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
www.flmd.uscourts.gov

FILED
IN CLERKS OFFICE
2004 JUN -7 P 1: 12
U.S. DISTRICT COURT
DISTRICT OF MASS

**MEMORANDUM**

UNITED STATES OF AMERICA

-vs-                                                                    Case No. 04-2086-01

DAMIEN P. SUCHMA

---

DATE:          June 1, 2004

        **Your Case No.:**     04-10129-RCL

TO:            United States District Court
               District of Massachusetts
               One Courthouse Way
               Boston, MA 02210-3002

FROM:          Helyn S. LaTorre, Courtroom Deputy for
               David A. Baker, United States Magistrate Judge
               (407) 835-4294
               George C. Young U.S. Courthouse and Federal Building
               80 North Hughey Avenue
               Orlando, Florida 32801

SUBJECT:       Rule 5© Proceedings

    The above-styled case originated in your division. Enclosed please find original documents regarding proceedings held in the Middle District of Florida in Orlando, Florida wherein the following action was taken:

INITIAL APPEARANCE:        MAY 14, 2004

RELEASE/DETENTION:         Conditions of Release were set and the Defendant was released on
bond.

SCHEDULED HEARING:         MAY 19, 2004

CHARGING DOCUMENT:         Indictment

Enclosures

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

FILED
ORLANDO, FL
MAY 17 2004
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA

-vs-                                                       Case No. 04-2086-01

DAMIEN P. SUCHMA

## FINDINGS AND ORDER ON REMOVAL PROCEEDINGS
## PURSUANT TO RULE 5(c), FED.R.CRIM.P.

**DAMIEN P. SUCHMA**, having been arrested and presented before me for removal proceedings pursuant to Rule 5(c), Federal Rules of Criminal Procedure, and having been informed of the rights specified in Rule 5(d) thereof, and of the provisions of Rule 20, the following has occurred of record.

An Initial Appearance on the Rule 5(c) Indictment from District of Massachusetts was held on May 14, 2004.

After hearing the evidence, and based on the defendant's waiver of identity hearing, I find that **DAMIEN P. SUCHMA** is the person named in the warrant for arrest, a copy of which has been produced.

It is, therefore,

**ORDERED** that **DAMIEN P. SUCHMA** be held to answer in the district court in which the prosecution is pending. The defendant was released on a $25,000 unsecured bond provided he appear before the Honorable Judith Dein on Wednesday, May 19, 2004 at 2:00 PM located at the United States Courthouse, One Courthouse Way, Boston, MA 02210-3002.

**DONE** and **ORDERED** in Chambers in Orlando, Florida, this 17th day of May, 2004.

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Charging District
United States Attorney
United States Marshal
Pretrial Services Office
Defense Counsel

COPIES MAILED
ON 5-17 20 04
BY
Deputy Clerk

FILED
ORLANDO, FL
5/14/04
U.S. MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA

-vs-

Case No. 04-2086-01

DAMIEN P. SUCHMA

---

## APPEARANCE BOND

**Non-surety:** I, the undersigned defendant acknowledge that I and my . . .

**Surety:** We, the undersigned, jointly and severally acknowledge that we and our . . . personal representatives, jointly and severally, are bound to pay to the United States of America the sum of **$25,000**, and there has been no deposit made into the Registry of the Court.

The conditions of this bond are that the defendant **DAMIEN P. SUCHMA** is to appear before this Court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this Court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on May 14, 2004 at Orlando, Florida.

Defendant _____    Address 4413 Falling Acorn Circle
                                              Lake Mary, FL 32746
                                              301-299-2865

Signed and acknowledged before me on May 14, 2004.

Deputy Clerk: _____

Approved by: _____
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

AO98 (Rev. 8/85) Appearance Bond

FILED
ORLANDO, FL
MAY 1 4 2004
U.S. MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

-vs-                                                                                           Case No. 04-2086-01

DAMIEN P. SUCHMA

## ORDER SETTING CONDITIONS OF RELEASE

   **IT IS ORDERED** that the release of the defendant is subject to the following conditions and provisions:

(1)   The defendant **shall not commit** any offense in violation of federal, state or local law while on release in this case.

(2)   The defendant **shall immediately advise** the court, Pretrial Services Office, defense counsel and the U.S. Attorney in writing of any change in address and telephone number.

(3)   The defendant **shall appear** at all proceedings as required and shall surrender for service of any sentence imposed as directed. **The defendant shall next appear in the United States Courthouse and Federal Building at Boston, Massachusetts on May 19, 2004 at 2:00 P.M.. before United States Magistrate Judge Judith Dein.**

## ADDITIONAL CONDITIONS OF RELEASE

   In order reasonably to assure the appearance of the defendant and the safety of other persons and the community, it is **FURTHER ORDERED** that the release of the defendant is subject to the conditions marked below:

### Unsecured Financial Condition

- The defendant executes an unsecured bond binding the defendant to pay the United States the sum of **$25,000** in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

- report as directed by the Pretrial Services Office.

- maintain or actively seek employment.

- surrender any **passport** to Clerk, U.S. District Court in Orlando, Florida by Monday, May 17, 2004 at 4:00 PM or in Boston, Massachusetts by Wednesday, May 19, 2004.

- obtain no passport.

- abide by the following restrictions on personal association, place of abode, or travel:   Defendant is restricted in residence and travel to the Middle District of Florida and the District of Massachusetts.

- refrain from possessing a firearm, destructive device, or other dangerous weapon.

- refrain from excessive use of alcohol.

- refrain from any use or possession of a narcotic drug or other controlled substances in 21 U.S.C. § 802, unless with prior written approval of the Pretrial Services Officer or as may be lawfully prescribed in writing by a licensed medical practitioner.

- submit to any method of testing required by the Pretrial Services office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.

- participate in a program of inpatient or outpatient substance abuse testing, education or treatment if deemed advisable by Pretrial Services and pay a percentage of the fee as determined by Pretrial Services.

- report as soon as possible, to the Pretrial Services Office any contact with law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.

## ADVICE OF PENALTIES AND SANCTIONS

**TO THE DEFENDANT:**

### YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of a Federal offense while on pretrial release may result in an additional sentence to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned not more than five years, or both;
(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear may result in the forfeiture of any bond posted.

## ACKNOWLEDGMENT OF DEFENDANT

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant

4413 Falling Acorn Cir
_____
Address

Lake Mary, FL  321-299-2865
_____
City and State    32746    Telephone

## DIRECTIONS TO THE UNITED STATES MARSHAL

☒ The defendant is **ORDERED** released after processing.
☐ The United States marshal is **ORDERED** to keep the defendant in custody until notified by the Clerk or Judicial Officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date: May 14, 2004

_____
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

COPIES MAILED
ON _____ 20__
BY _____
Deputy Clerk

AO 199A  Order Setting Conditions of Release                -3-



**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

UNITED STATES OF AMERICA

-vs-                                                                    Case No. 04-2086-01

**DAMIEN P. SUCHMA**

AUSA: Sandra W. Deisler
Defense Atty.: Donald West

| JUDGE | David A. Baker United States Magistrate Judge | DATE AND TIME | May 14, 2004 3:45-4:00 |
|---|---|---|---|
| DEPUTY CLERK | Helyn S. LaTorre | TAPE/REPORTER | 2004-24:2793-3436 |
| INTERPRETER | None | PRETRIAL: | Candace Bunk |

## CLERK'S MINUTES
## Bond Hearing

(2793) Case called, appearances taken
(2832) Government is not opposed to defendant's release at this time and suggests bond conditions
(2892) Defense comments on release conditions
(3071) Court sets conditions of release:
  Bond $25,000
  -seek employment
  -travel MD/FL and District of Mass
  -surrender passport by Monday, May 17, 2004 at 4:00 in Orlando or by May 19, 2004 in Boston
  -report to Pretrial
  -no firearms, drugs, excessive alcohol
  -obtain no passport
  -participate in drug testing and treatment

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

FILED
ORLANDO, FL
MAY 1 4 2004
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA

-vs-                                                          Case No. 04-2086-01

DAMIEN P. SUCHMA

---

### ORDER OF TEMPORARY DETENTION
### PENDING HEARING[1] PURSUANT TO
### BAIL REFORM ACT

Upon motion of the Government, it is **ORDERED** that a detention hearing is set for **MONDAY, MAY 17, 2004** at **10:30 A.M.** before United States Magistrate **Judge David A. Baker** in **Courtroom No. 6**, 80 North Hughey Avenue, George C. Young United States Courthouse and Federal Building, Orlando, Florida. Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

Date:  May 14, 2004

_____
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

---

[1]If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).
    A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the government or upon the judicial officer's own motion, if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate or attempt to threaten, injure, or intimidate a prospective witness or juror.

AO 470 (8/85) Order of Temporary Detention

COPIES MAILED
ON 5-14
BY_____
Deputy Clerk

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

```
FILED
IN OPEN COURT
MAY 1 4 2004
CLERK
U.S. DISTRICT COURT
```

UNITED STATES OF AMERICA

-vs-                                                    Case No. 04-2086-01

DAMIEN P. SUCHMA

_____

### ORDER APPOINTING
### FEDERAL PUBLIC DEFENDER

Because the above named defendant has testified under oath or has otherwise satisfied this Court that he/she: (1) is unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, it is

**ORDERED** that the Federal Public Defender is appointed to represent the above named defendant for proceedings in this District in this case. The defendant may be required to contribute to the cost of this representation depending on circumstances to be determined at a later date.

**DONE** and **ORDERED** in Orlando, Florida on May 14, 2004.

_____
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney
Asst. Federal Public Defender

```
COPIES  MAILED
ON_____ 20____
BY_____
     Deputy Clerk
```

# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA-23 (Rev 5/98)

IN UNITED STATES: ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: _____ VS. _____

FOR _____ AT _____

**IN OPEN COURT**
**MAY 1 4 2004**
**CLERK**
**U.S. DISTRICT COURT**

LOCATION NUMBER: _____

PERSON REPRESENTED (Show your full name)
NAME: Suchma, Damian
SSAN: 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

- 1 ☐ Defendant – Adult
- 2 ☐ Defendant – Juvenile
- 3 ☐ Appellant
- 4 ☐ Probation Violator
- 5 ☐ Parole Violator
- 6 ☐ Habeas Petitioner
- 7 ☐ 2255 Petitioner
- 8 ☐ Material Witness
- 9 ☐ Other (Specify)

DOCKET NUMBERS
Magistrate: 04-2086-01
District Court:
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →) ☐ Felony ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☑ Yes ☐ No ☐ Am Self Employed
Name and address of employer: Attention to detail
IF YES, how much do you earn per month? $ 1500
IF NO, give month and year of last employment. How much did you earn per month? $ _____
If married is your Spouse employed? ☐ Yes ☐ No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self–employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☑ Yes ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED: $ 15,000   SOURCES: Settlement from Lawsuit

**CASH**
Have you any cash on hand or money in savings or checking account ☑ Yes ☐ No   IF YES, state total amount $ 4000

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☑ Yes ☐ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE: $ 25,000   DESCRIPTION: Nissan Maxima

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS: ☑ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
Total No. of Dependents: 0
List persons you actually support and your relationship to them: _____

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| | Rent | $ | $ 900.00 |
| | Elec. | $ | $ 80.00 |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 5-14-04

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ [signature]

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FILED
IN OPEN COURT
MAY 1 4 2004
CLERK
U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

-vs-                                                                  Case No. 04-2086-01

**DAMIEN P. SUCHMA**

AUSA: Sandra W. Deisler
Defense Atty.: Donald West

| JUDGE | **David A. Baker** United States Magistrate Judge | DATE AND TIME | **May 14, 2004** 1:35-1:45 |
|---|---|---|---|
| DEPUTY CLERK | Helyn S. LaTorre | TAPE/REPORTER | 2004-24:2095-2507 |
| INTERPRETER | None | PRETRIAL: | Candace Bunk |

**CLERK'S MINUTES**
**Initial Appearance on Rule 5c**
**from the District of Massachusetts**

**Defendant was taken into U.S. Marshal custody today**

(2095) Case called appearances taken
(2135) Court advises defendant of rights and charges
(2220) Defendant requested court appointed counsel; Court appoints FPD
(2272) Government seeks detention of the defendant and requests continuance
(2321) Defense requests more time to prepare for detention hearing
(2373) Defendant admits identity
(2380) Court sets detention hearing for Monday, May 17, 2004 at 10:30 AM

AO 442 (Rev. 5/93) Warrant for Arrest

04-2086-01

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

DAMIEN P. SUCHMA

**WARRANT FOR ARREST**

CASE NUMBER: 04-10129-RCL

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ DAMIEN P. SUCHMA _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
conspiracy to distribute marijuana and oxycodone and conspiracy to import oxycodone

in violation of Title _____ United States Code, Section(s) 846 and 963

Name of Issuing Officer: She___

Title of Issuing Officer: Operations Supervisor

Signature of Issuing Officer: _____

Date and Location: 4-22-04 Boston, MA

Bail fixed at $ _____ by _____
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.