UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO.: 04-10129 RCL

UNITED STATES OF AMERICA

v.

DAMIEN SUCHMA

### MOTION BY DEFENDANT FOR THE EXPENDITURE OF FUNDS

The defendant, DAMIEN SUCHMA, pursuant to 18 U.S.C. 3006A, hereby requests the Court to authorize the expenditure of funds for copies of tape recordings and videotapes which the Government has obtained in this case. The defendant has already been determined to be indigent and is represented in this matter by appointed counsel.

These tapes are necessary for the defendant in the preparation of his defense. United States v. Rengifro, 663 F. 2d 361 (1st Cir., 1981).

Respectfully Submitted,
DAMIEN SUCHMA
By his attorney,

Dated: July 16, 2004

Lenore Glaser, Esq.
25 Kingston Street, 6th Floor
Boston, MA 02111
(617) 753-9988
BBO # 194220

### CERTIFICATE OF SERVICE

I, Lenore Glaser, certify that a true copy of this document was e-filed to Michael Pelgro, Esq., Assistant U.S. Attorney, U.S. District Court, 1 Courthouse Way, Suite 9200, Boston, MA 02210 on July 16, 2004.
       /S/ Lenore Glaser
Lenore Glaser, Esq.