UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO.: 04-10129 RCL

UNITED STATES OF AMERICA

v.

MARK McARDLE, ET AL.

**JOINT MOTION TO POSTPONE THE STATUS CONFERENCE**

Now come the defendant, Damien Suchma and the government and move this Honorable Court pursuant to F.R.Crim.P. 45 with the assent of the government, to postpone the status conference.

The defendant requests this motion because he and the government are negotiating a plea agreement and presume this case will resolve without further proceedings.

The parties agree that all time should be excluded pursuant to the Speedy Trial Act, in the interests of justice.

Respectfully Submitted,
DAMIEN SUCHMA
By his attorney,                                              For the Government

      /S/ Lenore Glaser                                      Michael Pelgro /S/ (lmg)
Lenore Glaser, Esq.                                          Michael J. Pelgro, Esq.
25 Kingston Street, 6th Floor                                United States Attorney's Office
Boston, MA 02111                                             1 Courthouse Way, Suite 9200
(617) 753-9988                                               Boston, MA 02210
BBO #: 194220                                                617-748-3100


Dated: October 6, 2004