UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO.: 04-10129 RCL

UNITED STATES OF AMERICA

v.

DAMIEN SUCHMA

**JOINT MOTION TO CONTINUE THE RULE 11 HEARING**

The government and the defendant jointly move this Honorable Court to continue the Rule 11 Hearing for thirty days to enable the parties to finalize a plea agreement.

The defendant understands and agrees that the additional time should be excluded from the Speedy Trial Act calculation, in the interests of justice.


Respectfully Submitted,
DAMIEN SUCHMA
By his attorney,                                                           For the government,

 /s/ Lenore Glaser                                                          /s/ Nancy Rue
Lenore Glaser, Esq.                                                        Nancy Rue, Esq.
25 Kingston Street, 6th Floor                                              United States Attorney's Office
Boston, MA 02111                                                           U.S. District Court
(617) 753-9988                                                             1 Courthouse Way, Suite 9200
BBO # 194220                                                               Boston, MA 02210


Dated: May 20, 2005