UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO.: 04-10129 RCL

UNITED STATES OF AMERICA

v.

DAMIEN SUCHMA

## MOTION TO CONTINUE THE RULE 11 HEARING AND FOR A PRE-PLEA PRE-SENTENCE REPORT [ASSENTED]

DAMIEN SUCHMA moves this Honorable Court, with the assent of the government, pursuant to F.R.Crim.P 45(b) to continue the Rule 11 hearing until a date no sooner than the end of September, and to schedule a Rule 11 hearing and a sentencing hearing at the same time. He further requests that the Court direct the Probation office to prepare a pre-plea pre-sentence report. The government has assented to this motion.

If this motion is denied, the defense counsel requests that the Rule 11 hearing be continued as she is unable to be present, as presently scheduled.

Respectfully Submitted,
DAMIEN SUCHMA
By his attorney,                                                          Assented by,

 /s/ Lenore Glaser                                                        /s/ Michael Pelgro
Lenore Glaser, Esq.                                                       Michael Pelgro, Esq.
25 Kingston Street, 6th Floor                                             United States Attorney's Office
Boston, MA 02111                                                          U.S. District Court
(617) 753-9988                                                            1 Courthouse Way, Suite 9200
BBO # 194220                                                              Boston, MA 02210

Dated: May 27, 2005