UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO.: 04-10129 RCL

UNITED STATES OF AMERICA

v.

DAMIEN SUCHMA

## MOTION FOR RECONSIDERATION TO THE CONTINUANCE MOTION TO BE FILED UNDER SEAL

Now comes the defendant, Damien Suchma and moves this Honorable Court to reconsider its denial of the motion to continue the Rule 11 hearing for the following reasons:

Suchma has actively cooperated with the government even before criminal charges were filed against him or he had an attorney. He continues to cooperate in some matters which are developing. Suchma hopes that he will be able to persuade the Court to sentence him to a sentence without incarceration. A defendant who pleads guilty to a drug offense is usually incarcerated immediately. Such an event would terminate any continued cooperation.

The government and the defendant have agreed on the language of a plea agreement. An executed copy of same will be delivered to the Court as soon as it is approved by the "front office" of the United States Attorney. This is expected to be very soon.

In addition, as presently scheduled, the present date would be very difficult for the undersigned attorney and the defendant who lives in Florida and will have to pay a very high price to obtain a ticket with less than two weeks notice.

If this matter is rescheduled, the counsel for defendant will be on vacation from June 10th through June 22nd.

The defendant asks that this motion be filed under seal because of the contents.

WHEREFORE: The defendant moves this Court for reconsideration and to order a pre-plea pre-sentence report. The government has assented to this earlier request.

Respectfully Submitted,
DAMIEN SUCHMA
By his attorney,

*Lenore Glaser*                                Dated: June 1, 2005

Lenore Glaser, Esq.
25 Kingston Street, 6th Floor
Boston, MA 02111
(617) 753-9988
BBO # 194220

## CERTIFICATE OF SERVICE

I, Lenore Glaser, certify that a true copy of this document was mailed first class to Michael Pelgro, Esq., Assistant U.S. Attorney, U.S. District Court, 1 Courthouse Way, Suite 9200, Boston, MA 02210 on June 1, 2005.

*Lenore Glaser*
Lenore Glaser, Esq.