UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO.: 04-10129 RCL

UNITED STATES OF AMERICA

v.

DAMIEN SUCHMA

**MOTION BY DEFENDANT FOR THE EXPENDITURE OF FUNDS**

The defendant, DAMIEN SUCHMA, pursuant to 18 U.S.C. 3006A, hereby requests the Court to authorize the expenditure of funds for a psychological evaluation by forensic psychologist Doctor Frank DiCataldo.

Dr. DiCataldo estimates that two days of work or fifteen hours are required . He has indicated that his services will cost one hundred and seventy five dollars ($175.00) per hour or two thousand six hundred and twenty five dollars ($2,625.00) total.

Wherefore, Mr. Suchma requests that this Court grants two thousand six hundred and twenty five dollars ($2,625.00) for this purpose.

Respectfully Submitted,
DAMIEN SUCHMA
By his attorney,

  /s/ Lenore Glaser                                        Dated: December 5, 2005
Lenore Glaser, Esq.
25 Kingston Street, 6th Floor
Boston, MA 02111
(617) 753-9988
BBO # 194220