# LAW OFFICES OF LENORE GLASER
*ATTORNEY AT LAW / ABOGADA BILINGUE*
_____

| | |
|---|---|
| 25 KINGSTON STREET<br>6th Floor<br>BOSTON, MA 02111 | Tel: (617) 753-9988<br>Fax: (617) 830-0167<br>Email: lglaser@glaser-law.com |

May 16, 2006

Lisa Hourihan, Clerk for the Honorable Judge Lindsay
John Joseph Moakley US Courthouse
1 Courthouse Way
Boston, MA 02210

BY E-FILE

Re : <u>U.S.A v. McArdle, et al</u>
       Docket No. : 04CR10129

Dear Clerk Hourihan :

   Please note, starting in June, my office will be at a new address. The new address is: 65a Atlantic Ave., 2d floor, Boston, MA 02110 . Our new FAX number is : 617 830 0167. The telephone number and email will remain the same. Kindly add this new information in your records.

   Thank you for your attention in this matter.

Sincerely,

 /s/ Lenore Glaser
Lenore Glaser, Esq.
LG/vm

cc: All Attorneys of record.