```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )     CRIMINAL NO.
      V.                      )     04-10129-RCL
                              )
DAMIAN SUCHMA,                )
      Defendant               )
```

**JOINT MOTION FOR BRIEF CONTINUANCE OF SENTENCING**

The United States of America hereby moves, by and through its undersigned counsel, that the sentencing in this matter, currently scheduled for November 16, 2006, be continued for a period of two weeks, or to a date convenient to the Court. As grounds therefor, the parties state that the parties have addressed a plea agreement, but the plea agreement is not yet final. In order to allow the parties to finalize the plea agreement and file it with the Court five days before plea, the parties respectfully move for this brief continuance.

In further support of this motion, the undersigned states that she has consulted with counsel for the defendant who joins in the request for a brief continuance.

```
                         Respectfully submitted,

                         MICHAEL J. SULLIVAN
                         United States Attorney

                    By:  /s/ Nancy Rue
                         NANCY RUE
                         Assistant U.S. Attorneys
                         One Courthouse Way
                         Boston, MA 02210
                         (617) 748-3260
```

November 9, 2006

## **CERTIFICATE OF SERVICE**

    I, Nancy Rue, do hereby certify that a copy of the foregoing was served on Lenore Glaser, counsel for the defendant, by ECF.

                                    /s/ Nancy Rue  
                                    Nancy Rue