UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO.: 04-10129 RCL

UNITED STATES OF AMERICA

v.

MARK McARDLE, ET AL.

**JOINT MOTION TO POSTPONE THE SENTENCING DATE**

Now comes the defendant, **Damien Suchma** with the assent of the government and moves this Honorable Court pursuant to F.R.Crim.P. 45, to continue the change of plea and sentencing hearing to a date agreeable to the Court after February 20, 2007. Mark McArdle, the lead defendant in this case is scheduled to be sentenced on February 20, 2007. Both parties believe that it would be prudent to schedule Suchma's sentencing after that date . In addition, the defendant needs this additional time to resolve some legal matters which have occurred in Florida.

The attorney for the defendant requests that the case not be rescheduled for a Wednesday or Thursday morning, as she is teaching a class at that time.

The parties agree that all time should be excluded pursuant to the Speedy Trial Act, in the interests of justice.

Respectfully Submitted,
DAMIEN SUCHMA
By his attorney,                                    For the Government

____/S/ Lenore Glaser_____         Nancy Rue/S/ (lmg)_____
Lenore Glaser, Esq.                               Nancy Rue
25 Kingston Street, 6th Floor                  United States Attorney's Office
Boston, MA 02111                                  1 Courthouse Way, Suite 9200
(617) 753-9988                                      Boston, MA 02210
BBO #: 194220                                      617-748-3100

Dated: <u>October 6, 2004</u>