UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO.: 04-10129 RCL

UNITED STATES OF AMERICA

v.

MARK McARDLE, ET AL.

**MOTION BY DEFENDANT SUCHMA TO RESCIND THE WARRANT OR IN THE ALTERNATIVE TO ISSUE A *HABEAS***

The defendant, DAMIAN SUCHMA moves this Honorable Court to withdraw the detainer and warrant that has been lodged against him, so that he may appear in this Court on January 10th, 2006 as presently scheduled. In the alternative, the defendant asks that a *habeas* issue to Seminole County Jail so that he may appear before this Court forthwith.

Damian Suchma is charged in a criminal indictment in the United States District Court for the District of Massachusetts. He has been living in Florida and has been supervised through the pretrial services office in Orlando, Florida. In November, 2005, Suchma was arrested on state charges in Florida, including possession of cocaine, use of drug paraphenelia and three counts of possession of opium with intent to distribute same. He was also charged separately with leaving the scene of an accident.

These new arrests triggered a violation of state probation for a driving under the influence charge and he has been detained at the Seminole County Jail, 211 Bush Blvd., Sanford, FL 32773 on that matter. His lawyer in Florida is Warren Lindsay, Esq.

According to Attorney Lindsay, on Friday, January 5th, 2007, the Court did not violate Mr. Suchma but continued him on probation supervision with the added condition of

participation in an inpatient program called New Hope Family Care, a Christian based residential program for drug addiction. He is still incarcerated on this charge, pending payment of a minimal bond, which he is prepared to pay.

In December, 2006, the defendant filed a motion to continue his Rule 11 and sentencing hearing to a subsequent date. This motion was granted as to the sentencing, but denied as to the Rule 11 hearing. It is the expectation of this Court that Mr. Suchma appear on January 10th, 2007 for the Rule 11 hearing.

On January 5th, 2007, the undersigned attorney of record for Damian Suchma learned for the first time, that this Court had issued a warrant for his arrest and a detainer. Although the communication from the pretrial services to this Court states that copies were sent to both myself and the prosecutor, through an oversight, it was only sent to the Court.

The undersigned attorney spoke with Damian Suchma's father, who is an attorney in Boston. He indicated that he has free miles on Delta and can get Mr. Suchma here on the 10th if he is released from this warrant so that he can travel to Boston from Florida. ( Thomas P. O'Brien, United States pretrial services officer has indicated that he would oppose this motion).

In the alternative, he moves the Court to continue the Rule 11 hearing until the United States Marshals may bring him into the jurisdiction .To expedite this transportation, he moves the Court to issue a *habeas* or other appropriate document for his transportation forthwith.

The undersigned attorney requests that this Court continue the scheduled Rule 11 hearing if it is not going to take place on January 10th, 2007. She begins a jury trial in the

Cambridge District Court on January 9th, 2007.  This trial is supposed to take no more than one day, and, in any event, she would likely be excused to appear in Court if the trial was still taking place.  However, as the State Court is less predictable in its timing than the federal court, she asks that the matter be continued, if it is unlikely that Mr. Suchma will be in the jurisdiction for the hearing as presently scheduled.

Respectfully Submitted,
DAMIEN SUCHMA
By his attorney,                                    Dated: January 8, 2007

    /S/ Lenore Glaser
Lenore Glaser, Esq.
25 Kingston Street, 6th Floor
Boston, MA 02111
(617) 753-9988
BBO #: 194220

## CERTIFICATE OF SERVICE

I, Lenore Glaser,  hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on January 8, 2007.

  /s/ Lenore Glaser
Lenore Glaser, Esq.