UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO. : 04-10129 RCL

UNITED STATES OF AMERICA
v.
DAMIAN SUCHMA

## MOTION BY DAMIAN SUCHMA TO FILE HIS SENTENCING MEMORANDUM UNDER SEAL .

The defendant, DAMIAN SUCHMA, moves this Honorable Court to file the accompanying sentencing memorandum under seal, due to the confidential nature of its disclosures. .

Respectfully Submitted,
DAMIAN SUCHMA
By his attorney,

*[signature]*                                       May 21, 2007
Lenore Glaser, Esq.
Law Office of Lenore Glaser
One Commercial Wharf N., 2nd Floor
Boston, MA 02110
(617) 753-9988
BBO # 194220

## CERTIFICATE OF SERVICE

I, Lenore Glaser, do certify that a true copy of this motion was served by hand delivery to AUSA Nancy Rue, on May 21, 2007

*[signature]*
Lenore Glaser, Esq.