AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____    MASSACHUSETTS

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **WARRANT FOR ARREST** |
| DAMIEN SUCHMA | Case Number: 04-10129-RCL |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    Damien Suchma
_____
                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☒ Violation Notice

charging him or her with   (brief description of offense)
violation of conditions of pretrial release

in violation of Title _____ United States Code, Section(s) _____

Reginald C. Lindsay                          _Signature of Issuing Officer_
Name of Issuing Officer

U.S. District Judge                          12/4/2006        Boston, MA
Title of Issuing Officer                     Date            Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| | WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE | |
| DATE OF ARREST | DEFENDANT ON 3/20/07 | |

*[Stamp: RECEIVED U.S. MARSHAL SERVICE BOSTON, MA 2006 DEC -5 A 9:00]*