UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO.: 04-10129 RCL

UNITED STATES OF AMERICA

v.

DAMIEN SUCHMA

## MOTION TO AMEND THE JUDGEMENT

DAMIEN SUCHMA moves this Honorable Court, pursuant to F.R.Crim. P. 35 to amend the judgement in the above entitled and enumerated case, by adding the Judge's recomendation to the Bureau of Prisons that Suchma receive credit for time served from the date the detainer was lodged at the House of Corrections in Florida. The Attached detainer shows that the detainer was lodged in the Florida House of Corrections on December 7, 2006. Accordingly, the judgement should reflect that date, as ordered by the Court at sentencing.

Respectfully Submitted,
DAMIEN SUCHMA
By his attorney,

 /s/ Lenore Glaser
One Commercial Wharf N., 2d floor
Boston, MA. 02111
Dated: June 26, 2007