UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

CRIMINAL No. : 04-`0`29 RCL

UNITED STATES OF AMERICA

v.

DAMIAN PAUL SUCHMA

DEFENDANT'S MOTION TO UNSEAL THE SENTENCING PROCEEDINGS

The defendant, DAMIAN PAUL SUCHMA, by and through his undersigned attorney, moves this Honorable Court to unseal the record of his sentencing proceeding so that he may obtain a copy of same . This transcript was requested by his attorney in Florida on an unrelated state charge.

Respectfully Submitted,

By His Attorney,

__/s/Lenore Glaser_____            November 19, 2007
Lenore Glaser, Esq. B.B.O. # 194220
One Commercial Whart N., 2d Fl.
Boston, MA. 02110
617 753-9988

**Certificate of Service**
I. Lenore Glaser, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on :November 19, 2007.

**/s/ Lenore Glaser**